UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLATT, LLC, et al., <br>     Plaintiffs, <br><br> v. <br><br> OPTUMRX, INC., <br>     Defendant. | Case No. 25-cv-07018-RS <br><br> **ORDER RE BRIEFING** |

Plaintiffs have filed a motion to remand based on defendant's original notice of removal, and a motion to strike defendant's amended notice of removal on procedural grounds. Both motions are presently set to be heard on October 23, 2025. Plaintiffs have indicated an intent to file a separate motion addressing the merits of the grounds for removal asserted in the amended notice, but have not done so yet. Seeking to avoid separate briefing and hearings on the two motions to remand, if both go forward, defendants move for leave to file a single "consolidated" opposition to the two motions to remand and the motion to strike fourteen days after the second motion to remand is filed.

While efficiency is always a desirable goal, at this juncture, there is only one motion to remand and one motion to strike pending, both of which are on the same briefing schedule and set for hearing on the same date. Defendant is free to file one brief addressing both the motion to remand and the motion to strike, and may have a double page limit to do so, although defendant is strongly encouraged to ensure the combined brief is well under that limit. Plaintiffs' reply on the

two motions may similarly be consolidated and extended. Defendant's request to delay its opposition deadline until such time as plaintiffs may file a second motion to remand is filed is denied.

If a second motion to remand is filed prior to the time the court has begun consideration of the existing motion to remand and the motion to strike, a further scheduling order may issue, in the court's discretion. Both the existing motions and/or any subsequent motion to remand may also decided without oral argument. It is highly unlikely there will be two separate hearings in any event.

**IT IS SO ORDERED**.

Dated: October 1, 2025

_____
RICHARD SEEBORG
Chief United States District Judge