UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PLATT, LLC, et al.,

         Plaintiffs,

    v.

OPTUMRX, INC.,

         Defendant.

Case No. 25-cv-07018-RS

**ORDER CONTINUING HEARING**

    Plaintiffs' motion to remand (Dkt. No. 19) and motion to strike (Dkt. No. 21) are presently set to be heard on October 23, 2025. Plaintiffs have now filed, however, a second motion to remand (Dkt. No. 35), set for November 20, 2025, directed at defendant's amended notice of removal. Although resolution of the initial motion to remand and the motion to strike may, depending on outcome, moot the second motion to remand in whole or in part, the overlapping and related issues are such that addressing all three motions simultaneously is warranted. Accordingly, the hearing on Dkt. Nos. 19 and 21 is continued to November 20, 2025, and the briefing on Dkt. No. 35 should proceed as scheduled.

**IT IS SO ORDERED**.

Dated: October 20, 2025

                                                                   _____
RICHARD SEEBORG
Chief United States District Judge