United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLATT, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>OPTUMRX, INC.,<br><br>Defendant. | Case No. 25-cv-07018-RS<br><br>**ORDER EXTENDING STAY OF REMAND ORDER AND VACATING HEARING ON MOTION FOR ATTORNEY FEES** |

On November 25, 2025, an order issued granting plaintiffs' motion to remand this matter to state court. See Dkt. No. 44. The remand order included a provision staying its effect until January 23, 2026, for the purpose of "avoid[ing] jurisdictional uncertainty as well as unnecessary applications for 'emergency' appellate relief. *Id.* Defendant thereafter promptly filed a notice of appeal and sought a stay from the appellate court. Because the appellate court has not yet acted on the stay request, defendant now seeks a further stay through February 13, 2026. Plaintiffs oppose, arguing against any additional delay. Plaintiffs contend the prior stay order reflected a determination that "thirty days is enough, and after that point Plaintiffs are entitled to have their case proceed as ordered—subject to whatever the Ninth Circuit ultimately decides."

Plaintiffs assert, "it is evident that the Court already implicitly considered Defendant's present request for a further stay of this case, and denied it." Not so. The prior order set a 30 day deadline to ensure defendants acted promptly in pursuing appellate remedies. They have done so, and the interest in avoiding a need for "emergency" appellate relief remains.

Plaintiffs' suggestion that the state court could proceed with the litigation, subject to "whatever the Ninth Circuit ultimately decides" invites a procedural, jurisdictional, and logistical nightmare. Accordingly, however remote the possibility that defendant will prevail on appeal may be, the remand order is hereby stayed until such time as the appellate court has acted on defendant's motion to stay presented to it.

Separately, pursuant to Civil Local Rule 7-1(b), plaintiffs' motion for attorney fees based on the improper removal will be decided without oral argument, and the hearing set for February 26, 2026, is vacated. Plaintiffs may still file their reply brief by the January 27, 2026, deadline. The parties are advised that a ruling on the attorney fees motion likely will be deferred until after the appellate court has ruled on the appeal.

**IT IS SO ORDERED**.

Dated: January 20, 2026

RICHARD SEEBORG
Chief United States District Judge

United States District Court
Northern District of California

CASE NO. 25-cv-07018-RS

2